UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| ASHLAND INC., VALVOLINE INC., and SPEEDWAY LLC, | CIVIL ACTION NO. 5:25-CV-50-KKC |
| Plaintiffs, | |
| V. | **OPINION & ORDER** |
| SUPERASH REMAINDERMAN LIMITED PARTNERSHIP, | |
| Defendant. | |

\*\*\* \*\*\* \*\*\*

This matter is before the Court on the Plaintiffs' notice (DE 19) and the Court's previous order staying claims in this case (DE 18).

The Court previously stayed SuperAsh Remainderman, LP's counterclaims for damages pending the Kentucky Supreme Court's decision to grant or deny discretionary review in related litigation proceeding through the Kentucky court system. The Plaintiffs filed a notice on August 14, 2025, indicating that the Kentucky Supreme Court has granted discretionary review as to Kentucky Court of Appeals Case Nos. 2023-CA-0427, 2023-CA-0566, and 2023-CA-0578.

Based on that representation, the Court hereby ORDERS that the stay previously imposed is EXTENDED, for the same reasons stated in the Court's opinion and order at Docket Entry No. 18, pending the Kentucky Supreme Court's disposition of the above-mentioned appeal.

This 15th day of August, 2025.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY